## MAGISTRATE JUDGE CLERK NOTES

Magistrate Judge: _____

Courtroom Clerk: _____

Case: USA v. _____

AUSA: _____

PTSO/PO: _____

Date: _____     Time In Court _____

Tape Number: _____

Case Number: _____

Defense Counsel: _____

Interpreter: _____     Language: _____

## TYPE OF HEARING

[ ] **Initial Appearance**
[ ] Arrested: Date:_____
   Charging District: _____
[ ] on warrant      [ ] on probable cause
[ ] Defendant Sworn
[ ] Advised of Charges
[ ] Advised of Rights
[ ] Requests Appointment of Counsel
[ ] Will Retain Counsel
[ ] Court Orders Counsel be Appointed
[ ] Government Requests Detention & Continuance

[ ] **Arraignment**
[ ] Defendant Waived Reading of Indictment
[ ] Defendant Pleads Not Guilty to Counts _____

[ ] **Removal Hearing/Rule 40**
[ ] Defendant Waives Identity Hearing
[ ] Defendant Ordered Removed to Charging District.
   Order to Issue.
[ ] Defendant Released, Conditions Remain/ Modified/Set
[ ] Identity Established

[ ] **Preliminary Examination (Rule 5 or Rule 32.1)**
[ ] Probable Cause Found
[ ] Identity Established
[ ] Defendant Waives Identity Hearing
[ ] Defendant Waives Preliminary Examination

[ ] **Detention Hearing**
[ ] Defendant Requests a Continuance
[ ] Defendant Consents to Voluntary Detention
[ ] Defendant Detained, Order to Issue
[ ] Defendant Released on _____ with
conditions
[ ] Detention Taken Under Advisement

[ ] **Preliminary Probation Revocation Hearing**
[ ] Defendant Ordered Detained
[ ] Defendant Released

[ ] **Bail Revocation Hearing**
[ ] Bail Revoked, Defendant Ordered Detained
[ ] Defendant Released, Conditions Remain/Modified
[ ] Defendant Released on _____ with Conditions

[ ] **Miscellaneous Hearings**
[ ] Attorney Appointment Hearing
[ ] Change of Plea (Rule 11) Hearing
[ ] Material Witness Hearing
[ ] Motion Hearing
[ ] Initial Status Conference
[ ] Interim Status Conference
[ ] Final Status Conference
[ ] Other _____

## CONTINUED PROCEEDINGS

_____Hearing/Conference set for_____at_____

## REMARKS