AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

**DISTRICT OF** MASSACHUSETTS

UNITED STATES OF AMERICA

v.

OSCAR PATINO

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: MJ# 03-686-MBZ

I, __OSCAR PATINO__, charged in a (complaint) (petition) pending in this District with __STRUCTURING TRANSACTIONS & MONEY LAUNDERING__ in violation of Title __31 U.S.C. § 5324 & 18 U.S.C. § 1956__, U.S.C., _____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_[signature]_
*Defendant*

August 21, 2003
*Date*

_[signature]_
*Counsel for Defendant*

FILED IN OPEN COURT
_B.B._
U.S. DISTRICT COURT
AUG 1 2003
RECEIVED