**SEALED**

| MAGISTRATE JUDGE CLERK NOTES | |
|---|---|
| Magistrate Judge: Bowler | Date: 12-4-03    Time In Court: 10 min |
| Courtroom Clerk: Saccoccio | Tape Number: Digital |
| Case: USA v. Ocas Patino | Case Number: 03-10331-RGS |
| AUSA: Cynthia Lie | Defense Counsel: Michael Liston |
| PTSO/PO: David Picozzi | Interpreter: ___ Language: ___ |

## TYPE OF HEARING

☐ **Initial Appearance**
☐ Arrested: Date:___
    Charging District: ___
☐ on warrant    ☐ on probable cause
☐ Defendant Sworn
☐ Advised of Charges
☐ Advised of Rights
☐ Requests Appointment of Counsel
☐ Will Retain Counsel
☐ Court Orders Counsel be Appointed
☐ Government Requests Detention & Continuance

☐ **Arraignment**
☐ Defendant Waived Reading of Indictment
☐ Defendant Pleads Not Guilty to Counts ___

☐ **Removal Hearing/Rule 40**
☐ Defendant Waives Identity Hearing
☐ Defendant Ordered Removed to Charging District. Order to Issue.
☐ Defendant Released, Conditions Remain/ Modified/Set
☐ Identity Established

☐ **Preliminary Examination (Rule 5 or Rule 32.1)**
☐ Probable Cause Found
☐ Identity Established
☐ Defendant Waives Identity Hearing
☐ Defendant Waives Preliminary Examination

☐ **Detention Hearing**
☐ Defendant Requests a Continuance
☐ Defendant Consents to Voluntary Detention
☐ Defendant Detained, Order to Issue
☐ Defendant Released on ___ with conditions
☐ Detention Taken Under Advisement

☐ **Preliminary Probation Revocation Hearing**
☐ Defendant Ordered Detained
☐ Defendant Released

☐ **Bail Revocation Hearing**
☐ Bail Revoked, Defendant Ordered Detained
☐ Defendant Released, Conditions Remain/Modified
☐ Defendant Released on ___ with Conditions

☐ **Miscellaneous Hearings**
☐ Attorney Appointment Hearing
☐ Change of Plea (Rule 11) Hearing
☐ Material Witness Hearing
☒ Motion Hearing
☐ Initial Status Conference
☐ Interim Status Conference
☐ Final Status Conference
☐ Other ___

## CONTINUED PROCEEDINGS

___ Hearing/Conference set for ___ at ___

### REMARKS

Oral motion hearing - Gov't moves to have deft placed in temporary custody of case agent and then to be placed on electronic monitoring; Court orders temporary custody to case agent from 0 hundred hrs. 12-5-03 to Monday 12-8-03 close of business.

SCANNED
DATE: 12-4-03
BY: [signature]

**SEALED**