UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 03-10331-RGS

UNITED STATES OF AMERICA

v.

OSCAR PATINO, a/k/a OSCAR PATINO-BUENO

<u>ORDER MODIFYING CONDITION OF RELEASE</u>

January 28, 2004

STEARNS, D.J.

The court will relieve defendant Oscar Patino from the electronic monitoring condition in order to permit him to accept employment, subject to the following conditions:

(1)     Defendant will leave his residence only during the hours of 8:00 a.m. to 7:00 p.m. Monday through Friday and 8:00 a.m. to 2:00 p.m. on Saturdays and only for purposes of employment;

(2)     Defendant may travel during the permitted hours for business purposes in Massachusetts and New Hampshire;

(3)     Defendant will submit a copy of his weekly paycheck or any other requested documents to Pre-Trial Services as verification of his continued employment;

(4)     Pre-Trial Services may contact defendant at any time in person or by telephone to verify his compliance with the court-ordered curfew;

(5)     Any violation of the curfew will result in the revocation of defendant's release;

(6)     All other conditions of release remain in effect.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 03-10331-RGS

UNITED STATES OF AMERICA

v.

OSCAR PATINO, a/k/a OSCAR PATINO-BUENO

ORDER MODIFYING CONDITION OF RELEASE

January 28, 2004

STEARNS, D.J.

The court will relieve defendant Oscar Patino from the electronic monitoring condition in order to permit him to accept employment, subject to the following conditions:

(1)     Defendant will leave his residence only during the hours of 8:00 a.m. to 7:00 p.m. Monday through Friday and 8:00 a.m. to 2:00 p.m. on Saturdays and only for purposes of employment;

(2)     Defendant may travel during the permitted hours for business purposes in Massachusetts and New Hampshire;

(3)     Defendant will submit a copy of his weekly paycheck or any other requested documents to Pre-Trial Services as verification of his continued employment;

(4)     Pre-Trial Services may contact defendant at any time in person or by telephone to verify his compliance with the court-ordered curfew;

(5)     Any violation of the curfew will result in the revocation of defendant's release;

(6)     All other conditions of release remain in effect.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE