UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 03-CR-10331 (RGS) |
| | ) |
| OSCAR PATINO, | ) |
| CLAUDIA NAVARRO, | ) |
| and | ) |
| IVAN VELEZ, | ) |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Cynthia W. Lie, Assistant U.S. Attorney, hereby moves this Court to direct that the indictment be unsealed. In support of this motion, the government states that the sensitive ongoing nature of the investigation has been terminated.

Respectfully submitted,
MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: _____
CYNTHIA W. LIE
Assistant U.S. Attorney
United States Courthouse
One Courthouse Way
Boston, MA
(617) 748-3183

Dated: May 19, 2004

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on

_____ 5/19/04
Assistant U.S. Attorney

1