UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
UNITED STATES OF AMERICA       )
                              )
                              )
     v.                        )  CRIMINAL NO.
                              )  03−10331 − RGS
OSCAR PATINO, a/k/a OSCAR     )
PATINO−BUENO, and CLAUDIA     )
NAVARRO, a/k/a CLAUDIA        )
NAVARRO−MONTERO               )
                              )
_____)

NOTICE OF CHANGE OF ADDRESS

Counsel for the defendant Oscar Patino has changed his address as well as his telephone numbers.  The new address and telephone numbers are:

Michael J. Liston, Esq.
2 Park Plaza, Suite 610
Boston, MA  02116
Telephone:  (617) 426-2281
Facsimile:   (617) 426-2448


By his attorneys,


_____
Michael J. Liston BBO# 301760
2 Park Plaza, Suite 610
Boston, MA  02116
(617) 426-2281

Dated:  July 27, 2004