UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>OSCAR PATINO, a/k/a OSCAR )<br>PATINO−BUENO, and CLAUDIA )<br>NAVARRO, a/k/a CLAUDIA )<br>NAVARRO−MONTERO )<br>) | CRIMINAL NO.<br>03−10331 − RGS |

**DEFENDANT OSCAR PATINO'S MOTION TO MODIFY THE
CONDITIONS OF HIS PRETRIAL RELEASE
TO PERMIT HIM TO RESIDE AT THE HOME OF HIS PARENTS**

The defendant Oscar Patino ("Patino") is currently on release under a condition that he maintains his residence at 310 Skyline Drive, #12, Dracut, Massachusetts. This residence is an apartment that Patino occupies by himself.

With the approval of both Pretrial Services and the government, Patino moves to modify this condition to permit him, commencing August 1, 2004, to reside with his parents in their home at 75 C Street, Dracut, Massachusetts. In all other respects, the conditions of Patino's release would remain the same.

By his attorney,

s/Michael J. Liston
Michael J. Liston BBO# 301760
2 Park Plaza, Suite 610
Boston, MA  02116
(617) 426 2281

Dated:  July 27, 2004