UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. |
| v. ) | 03-CR-10331 RGS |
| ) | |
| OSCAR PATINO ) | |
| a/k/a OSCAR PATINO-BUENO ) | |

## ASSENTED TO MOTION TO CONTINUE SENTENCING

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Cynthia W. Lie, Assistant U.S. Attorney, move that the sentencing of Oscar Patino, currently scheduled for August 11, 2004, be continued for 120 days. The reason for this motion is that the defendant is currently cooperating with the government and this cooperation is ongoing and will not be completed by August 11, 2004. Defense counsel Michael Liston assents to this motion.

Respectfully submitted,
MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: _____
CYNTHIA W. LIE
Assistant U.S. Attorney
United States Courthouse
One Courthouse Way
Boston, MA
(617) 748-3183

Dated: July 28, 2004

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on

_____
Assistant U.S. Attorney