UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. |
| | ) | |
| v. | ) | 03-CR-10331 RGS |
| | ) | |
| OSCAR PATINO | ) | |
| a/k/a OSCAR PATINO-BUENO | ) | |
| | ) | |

**ASSENTED TO MOTION TO CONTINUE SENTENCING**

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Cynthia W. Lie, Assistant U.S. Attorney, move that the sentencing of Oscar Patino, currently scheduled for December 15, 2004, be continued for 120 days. The reason for this motion is that the defendant is currently cooperating with the government and this cooperation is ongoing and will not be completed by December 15th. Defense counsel Michael Liston assents to this motion.

    Respectfully submitted,
    MICHAEL J. SULLIVAN
    UNITED STATES ATTORNEY

By: */s/ Cynthia W. Lie*
    CYNTHIA W. LIE
    Assistant U.S. Attorney
    United States Courthouse
    One Courthouse Way
    Boston, MA
    (617) 748-3183

Dated: December 7, 2004