```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
                         )    CRIMINAL NO.
                         )
        v.               )    03-CR-10331 RGS
                         )
    OSCAR PATINO          )
a/k/a OSCAR PATINO-BUENO )
                         )
```

**ASSENTED TO MOTION TO CONTINUE SENTENCING**

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Cynthia W. Lie, Assistant U.S. Attorney, move that the sentencing of Oscar Patino, currently scheduled for April 27, 2005, be continued for 90 days. The reason for this motion is that the defendant is currently cooperating with the government and this cooperation is ongoing and will not be completed by April 27th.  Defense counsel Michael Liston assents to this motion.

                                          Respectfully submitted,
                                          MICHAEL J. SULLIVAN
                                          UNITED STATES ATTORNEY

By:  */s/ Cynthia W. Lie*
     CYNTHIA W. LIE
     Assistant U.S. Attorney
     United States Courthouse
     One Courthouse Way
     Boston, MA
     (617) 748-3183

Dated: April 4, 2004