UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

       V.                          CRIMINAL NO. 03-10331-RGS

OSCAR PATINO

# NOTICE OF RE-SCHEDULED SENTENCING

**STEARNS, DJ.**                                      **APRIL 19, 2005**

SENTENCING IN THE ABOVE-CAPTIONED ACTION, PRESENTLY SCHEDULED FOR APRIL 27, 2005, IS HEREBY RE-SCHEDULED TO:

**TUESDAY, JUNE 28, 2005 AT 2:30 P.M.**

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

                                                    RICHARD G. STEARNS
                                                    UNITED STATES DISTRICT JUDGE

                    **BY:**

                                                    **/s/ Mary H. Johnson**
                                                       **Deputy Clerk**