UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL NO. |
| | ) | |
| v. | ) | 03-CR-10331 RGS |
| | ) | |
| **OSCAR PATINO** | ) | |
| **and** | ) | |
| **CLAUDIA NAVARRO** | ) | |

## ASSENTED TO MOTION TO CONTINUE SENTENCING

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Cynthia W. Lie, Assistant U.S. Attorney, move that the sentencing of Oscar Patino, currently scheduled for June 28, 2005, and the sentencing for Claudia Navarro currently scheduled for June 1, 2005 be continued until 30 days after the trial date of co-defendants Julio Grande and Ivan Velez.  The reason for this motion is that the defendants' cooperation will not be complete until the trial is complete.

                                                      Respectfully submitted,
                                                      MICHAEL J. SULLIVAN
                                                      UNITED STATES ATTORNEY

                                      By:   */s/ Cynthia W. Lie*
                                                 CYNTHIA W. LIE
                                                 Assistant U.S. Attorney
                                                 United States Courthouse
                                                 One Courthouse Way
                                                 Boston, MA
                                                 (617) 748-3183

Dated: May 31, 2005